JON D. UNIVERSAL, SBN 141255
JAMES P. MAYO, SBN 169897
NEJLA NASSIRIAN, SBN 308730
BRETT H. WANNER, SBN 314025
DANE M. WILLIS, SBN 327901
**UNIVERSAL & SHANNON, LLP**
2240 Douglas Boulevard, Suite 290
Roseville, California 95661
Telephone: (916) 780-4050
Facsimile: (916) 780-9070
firm@uswlaw.com

Attorneys for Defendant **FCA US LLC**

**QUILL & ARROW, LLP**
Kevin Y. Jacobson (SBN 320532)
Athena Nguyen (SBN 331265)
kjacobson@quillarrowlaw.com
10900 Wilshire Blvd., Suite 300
Los Angeles, CA 90024

Attorneys for Plaintiff
**RENEE C. BAILEY**

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE C. BAILEY, an individual,<br><br>    Plaintiff,<br><br>    vs.<br><br>FCA US LLC, a Delaware Limited Liability Company, and DOES 1 through 10, inclusive,<br><br>    Defendants. | Case No.: 2:21-CV-00013-JAM-JDP<br><br>(Removed from Yolo County Superior Court, Case No. CV2020-1645)<br><br>**STIPULATION AND ORDER TO CONTINUE FACT AND EXPERT DISCOVERY DEADLINES** |

Plaintiff RENEE C. BAILEY ("Plaintiff"), and Defendant FCA US LLC (collectively, the "Parties"), by and through their respective counsel of record, hereby respectfully apply to this Court for an Order continuing the date for the Parties to complete fact and expert discovery and related dates.

WHEREAS, the Parties further met and conferred pursuant to FRCP Rule 26(f) on August 19, 2021, to consider the nature and basis of the claims and defenses, the possibilities for promptly

settling or resolving the case, and discussing the status of discovery, and developing a reasonable discovery plan with the goal of continuing settlement discussions;

WHEREAS, pursuant to the Court's Initial Pretrial Scheduling Order, the date for completion of all fact discovery by the Parties is currently January 14, 2022, and the parties are to submit a Joint Mid-Litigation Statement to the Court by December 31, 2021;

WHEREAS, the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) were due on November 12, 2021;

WHEREAS, the Parties' Rebuttal Expert Witness Disclosures were due on November 26, 2021;

WHEREAS, the Parties are to currently file any dispositive motion by February 25, 2022, with a hearing date set for April 19, 2022;

WHEREAS, in light of the continuing COVID-19 pandemic and unavailability of witnesses for depositions and experts for in-person vehicle inspections, the Parties have been cooperating but have been unable to arrange for the depositions of each respective party and third party dealership personnel, and a vehicle inspection, which remains to be scheduled;

WHEREAS, the Parties have mutually agreed that extending the completion date for fact and expert discovery until a date sufficiently after these depositions and the vehicle inspection has occurred will allow the Parties additional opportunities to discuss settlement and to avoid potentially unnecessary litigation costs;

WHEREAS, a trial date has been set in the case for July 11, 2022;

NOW THEREFORE, the Parties agree and stipulate, subject to this Court's approval, that: (1) the date for completion of all fact discovery by the Parties currently set for January 14, 2022, shall be extended for 90 days until April 14, 2022, with a Joint Mid-Litigation Statement to the Court due 14 days prior thereto; (2) the date for the Parties' Initial Expert Witness Disclosures pursuant to FRCP Rule 26(a)(2) currently due on November 12, 2021, shall be extended to February 10, 2022; (3) the date for the Parties' Rebuttal Expert Witness Disclosures currently due on November 26, 2021, shall be extended to February 24, 2022; (4) the date for the Parties to file any dispositive motions currently due February 25, 2022, shall be extended to May 26, 2022;

(5) the hearing date for any dispositive motions shall now be July 12, 2022 at 1:30 p.m.; (6) the Final Pretrial Conference shall now be on August 26, 2022 at 11:00 a.m.; and, (7) Trial shall now be on October 3, 2002 at 9:00 a.m.

**IT IS SO STIPULATED.**

**DATED:** January 12, 2022     **UNIVERSAL & SHANNON, LLP**

/s/ *Jon D. Universal*
_____
JON D. UNIVERSAL, ESQ.
JAMES P. MAYO, ESQ.
Attorneys for Defendant **FCA US LLC**

**DATED:** January 12, 2022     **QUILL & ARROW, LLP**

/s/ *Kevin Y. Jacobson*
_____
KEVIN Y. JACOBSON, ESQ.
Attorneys for Plaintiff **RENEE C. BAILEY**

## ORDER

The Court, having considered the parties' Stipulation, and good cause appearing therein, orders the scheduling deadlines in this case be modified as follows:

Fact Discovery Completion Deadline:  April 14, 2022, with a Joint Mid-Litigation Statement to the Court due 14 days prior thereto;

Expert Disclosure:  February 10, 2022

Rebuttal Expert Disclosure:  February 24, 2022

Dispositive Motions:   May 26, 2022

The Court further orders that:  the hearing date for any dispositive motions shall be July 12, 2022 at 1:30 p.m.; the Final Pretrial Conference shall now be on August 26, 2022 at 11:00 a.m.; and, Jury Trial shall now be on October 3, 2022 at 9:00 a.m.

**IT IS SO ORDERED.**

**DATED:** January 13, 2022      /s/ John A. Mendez
_____
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE