# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RENEE C. BAILEY, an individual,<br><br>　　　　　　Plaintiff,<br>vs.<br>FCA US LLC, a Delaware Corporation, and DOES 1 through 10, inclusive,<br><br>　　　　　　Defendants. | Case No.: 2:21−cv−0013-JAM-JDP<br><br>*Assigned to the Hon. John A. Mendez*<br><br>**ORDER OF DISMISSAL** |

Based on the stipulation of the parties, and good cause appearing therefore, the stipulation is approved. The entire action, including all claims and counterclaims stated herein against all parties, is hereby ORDERED dismissed with prejudice, each side to bear its own costs and attorney's fees.

**IT IS SO ORDERED.**

DATED: May 23, 2022　　　/s/ John A. Mendez
　　　　　　　　　　　　　THE HONORABLE JOHN A. MENDEZ
　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE